TIMOTHY P. JOHNSON (BAR NO. 66333)
BARRON & NEWBURGER, P.C.
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@bn-lawyers.com

Attorneys for Defendant Ellypsis, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELLYPSIS, INC., a corporation d/b/a GO CLEAN CREDIT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 16-cv-01331-AG-DFM<br><br>**ANSWER OF DEFENDANT ELLYPSIS, INC. TO PLAINTIFF'S COMPLAINT** |

Defendant Ellypsis, Inc. ("Defendant"), for itself and for no other defendants, answers as follows:

**JURISDICTION AND VENUE**

1. Answering paragraph 1 of the Complaint, Defendant denies that this Court has jurisdiction over it but does not dispute remaining the allegations.

2. Answering paragraph 2 of the Complaint, Defendant denies that

1   this Court has jurisdiction over it but does not dispute remaining the allegations.

2         3.    Answering paragraph 3 of the Complaint, Defendant denies the
3   allegations therein.

## NATURE OF THE CASE

5         4.    Answering paragraph 4 of the Complaint, Defendant states that
6   Paragraph 4 appears to be merely descriptive of Plaintiff's claim and Plaintiff's
7   interpretation of the law; however, to the extent that it can be construed to assert
8   liability or wrongdoing on the part of this Defendant, it denies the allegations
9   contained therein.

10         5.    Answering paragraph 5 of the Complaint, Defendant states that
11   Paragraph 5 appears to be merely descriptive of Plaintiff's claim and Plaintiff's
12   interpretation of the law; however, to the extent that it can be construed to assert
13   liability or wrongdoing on the part of this Defendant, it denies the allegations
14   contained therein.

15         6.    Answering paragraph 6 of the Complaint, Defendant denies the
16   allegations therein.

17         7.    Answering paragraph 7 of the Complaint, Defendant denies the
18   allegations therein.

19         8.    Answering paragraph 8 of the Complaint, Defendant denies the
20   allegations therein.

21         9.    Answering paragraph 9 of the Complaint, Defendant states that
22   Paragraph 9 appears to be merely descriptive of Plaintiff's claim and Plaintiff's
23   interpretation of the law; however, to the extent that it can be construed to assert
24   liability or wrongdoing on the part of this Defendant, it denies the allegations
25   contained therein.

26         10.    Answering paragraph 10 of the Complaint, Defendant denies the
27   allegations therein.

BARRON & NEWBURGER, P.C.

11. Answering paragraph 11 of the Complaint, Defendant denies the allegations therein.

## PARTIES

12. Answering paragraph 12 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations therein.

13. Answering paragraph 13 of the Complaint, Defendant admits the allegations therein.

14. Answering paragraph 14 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations therein.

15. Answering paragraph 15 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations therein.

## FACTS

### EXPERIAN AND THE FCRA

16. Answering paragraph 16 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations therein.

17. Answering paragraph 17 of the Complaint, Defendant states that Paragraph 17 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

18. Answering paragraph 18 of the Complaint, Defendant states that Paragraph 18 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations

contained therein.

19. Answering paragraph 19 of the Complaint, Defendant denies the allegations contained therein.

## THE CREDIT REPAIR INDUSTRY

20. Answering paragraph 20 of the Complaint, Defendant states that Paragraph 20 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

21. Answering paragraph 21 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations therein.

22. Answering paragraph 22 of the Complaint, Defendant states that Paragraph 22 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

23. Answering paragraph 23 of the Complaint, Defendant states that Paragraph 23 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

## GO CLEAN CREDIT

24. Answering paragraph 24 of the Complaint, Defendant admits the allegations therein.

25. Answering paragraph 25 of the Complaint, Defendant denies the allegations therein.

26. Answering paragraph 26 of the Complaint, Defendant denies the

1 allegations therein.

2     27. Answering paragraph 27 of the Complaint, Defendant denies the
3 allegations therein.

4     28. Answering paragraph 28 of the Complaint, Defendant denies the
5 allegations therein.

6     29. Answering paragraph 29 of the Complaint, Defendant denies the
7 allegations therein.

8     30. Answering paragraph 30 of the Complaint, Defendant denies the
9 allegations therein.

10     31. Answering paragraph 31 of the Complaint, Defendant denies the
11 allegations therein.

12     32. Answering paragraph 32 of the Complaint, Defendant denies the
13 allegations therein.

14     33. Answering paragraph 33 of the Complaint, Defendant denies the
15 allegations therein.

16     34. Answering paragraph 34 of the Complaint, Defendant denies the
17 allegations therein.

18 **THE CALIFORNIA CREDIT SERVICES ACT**

19     35. Answering paragraph 35 of the Complaint, Defendant denies the
20 allegations therein.

21     36. Answering paragraph 36 of the Complaint, Defendant denies the
22 allegations therein.

23     37. Answering paragraph 37 of the Complaint, Defendant states that
24 Paragraph 37 appears to be merely descriptive of Plaintiff's claim and Plaintiff's
25 interpretation of the law; however, to the extent that it can be construed to assert
26 liability or wrongdoing on the part of this Defendant, it denies the allegations
27 contained therein.

28     38. Answering paragraph 38 of the Complaint, Defendant states that

BARRON & NEWBURGER, P.C.

Paragraph 38 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

39. Answering paragraph 39 of the Complaint, Defendant states that Paragraph 39 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

40. Answering paragraph 40 of the Complaint, Defendant states that Paragraph 40 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

41. Answering paragraph 41 of the Complaint, Defendant states that Paragraph 41 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

42. Answering paragraph 42 of the Complaint, Defendant states that Paragraph 42 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

## FIRST CAUSE OF ACTION

**(Violation of the Credit Repair Organizations Act against GCC and DOES 1 through 10)**

43. Answering paragraph 43 of the Complaint, Defendant repeats, re-

1  alleges, and incorporates by reference the denials and responses set forth above.

2        44.    Answering paragraph 44 of the Complaint, Defendant states that
3  Paragraph 44 appears to be merely descriptive of Plaintiff's claim and Plaintiff's
4  interpretation of the law; however, to the extent that it can be construed to assert
5  liability or wrongdoing on the part of this Defendant, it denies the allegations
6  contained therein.

7        45.    Answering paragraph 45 of the Complaint, Defendant admits the
8  allegations therein.

9        46.    Answering paragraph 46 of the Complaint, Defendant states that
10 Paragraph 37 appears to be merely descriptive of Plaintiff's claim and Plaintiff's
11 interpretation of the law; however, to the extent that it can be construed to assert
12 liability or wrongdoing on the part of this Defendant, it denies the allegations
13 contained therein.

14       47.    Answering paragraph 47 of the Complaint, Defendant denies the
15 allegations therein.

16       48.    Answering paragraph 48 of the Complaint, Defendant states that
17 Paragraph 48 appears to be merely descriptive of Plaintiff's claim and Plaintiff's
18 interpretation of the law; however, to the extent that it can be construed to assert
19 liability or wrongdoing on the part of this Defendant, it denies the allegations
20 contained therein.

21       49.    Answering paragraph 49 of the Complaint, Defendant denies the
22 allegations therein.

23       50.    Answering paragraph 50 of the Complaint, Defendant states that
24 Paragraph 50 appears to be merely descriptive of Plaintiff's claim and Plaintiff's
25 interpretation of the law; however, to the extent that it can be construed to assert
26 liability or wrongdoing on the part of this Defendant, it denies the allegations
27 contained therein.

28       51.    Answering paragraph 51 of the Complaint, Defendant denies the

BARRON & NEWBURGER, P.C.

1 allegations therein.

2 52. Answering paragraph 52 of the Complaint, Defendant denies the
3 allegations therein.

4 53. Answering paragraph 53 of the Complaint, Defendant denies the
5 allegations therein.

6 54. Answering paragraph 54 of the Complaint, Defendant denies the
7 allegations therein.

8 55. Answering paragraph 55 of the Complaint, Defendant denies the
9 allegations therein.

## SECOND CAUSE OF ACTION

**(Violation of the California Credit Services Act against GCC and DOES 1 through 10)**

56. Answering paragraph 56 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

57. Answering paragraph 57 of the Complaint, Defendant states that Paragraph 57 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

58. Answering paragraph 58 of the Complaint, Defendant denies the allegations therein.

59. Answering paragraph 59 of the Complaint, Defendant states that Paragraph 59 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

60. Answering paragraph 60 of the Complaint, Defendant denies the allegations therein.

61. Answering paragraph 61 of the Complaint, Defendant states that Paragraph 61 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

62. Answering paragraph 62 of the Complaint, Defendant denies the allegations therein.

63. Answering paragraph 63 of the Complaint, Defendant states that Paragraph 63 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

64. Answering paragraph 64 of the Complaint, Defendant denies the allegations therein.

65. Answering paragraph 65 of the Complaint, Defendant states that Paragraph 65 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

66. Answering paragraph 66 of the Complaint, Defendant denies the allegations therein.

67. Answering paragraph 67 of the Complaint, Defendant denies the allegations therein.

68. Answering paragraph 68 of the Complaint, Defendant states that Paragraph 68 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

69. Answering paragraph 69 of the Complaint, Defendant states that Paragraph 69 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

70. Answering paragraph 70 of the Complaint, Defendant states that Paragraph 70 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

71. Answering paragraph 71 of the Complaint, Defendant states that Paragraph 71 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

72. Answering paragraph 72 of the Complaint, Defendant states that Paragraph 72 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

73. Answering paragraph 73 of the Complaint, Defendant denies the allegations therein.

74. Answering paragraph 74 of the Complaint, Defendant states that Paragraph 74 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

75. Answering paragraph 75 of the Complaint, Defendant denies the

-10-
ANSWER TO COMPLAINT                              Case No. 16-cv-01331-AG-DFM

1 allegations therein.

2     76. Answering paragraph 76 of the Complaint, Defendant denies the
3 allegations therein.

4     77. Answering paragraph 77 of the Complaint, Defendant denies the
5 allegations therein.

6     78. Answering paragraph 78 of the Complaint, Defendant denies the
7 allegations therein.

## THIRD CAUSE OF ACTION

### (Unlawful and Fraudulent Business Practices in Violation of California Business and Professions Code § 17200 against GCC and DOES 1 through 10)

    79. Answering paragraph 79 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

    80. Answering paragraph 80 of the Complaint, Defendant denies the allegations therein.

    81. Answering paragraph 81 of the Complaint, Defendant denies the allegations therein.

    82. Answering paragraph 82 of the Complaint, Defendant denies the allegations therein.

    83. Answering paragraph 83 of the Complaint, Defendant denies the allegations therein.

    84. Answering paragraph 84 of the Complaint, Defendant denies the allegations therein.

    85. Answering paragraph 85 of the Complaint, Defendant denies the allegations therein.

    86. Answering paragraph 86 of the Complaint, Defendant denies the allegations therein.

    87. Answering paragraph 87 of the Complaint, Defendant denies the allegations therein.

BARRON & NEWBURGER, P.C.

# FOURTH CAUSE OF ACTION

## (Unfair Business Practices in Violation of California Business and Professions Code § 17200 against GCC and DOES 1 through 10)

88. Answering paragraph 88 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

89. Answering paragraph 89 of the Complaint, Defendant denies the allegations therein.

90. Answering paragraph 90 of the Complaint, Defendant states that Paragraph 90 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

91. Answering paragraph 91 of the Complaint, Defendant denies the allegations therein.

92. Answering paragraph 92 of the Complaint, Defendant denies the allegations therein.

93. Answering paragraph 93 of the Complaint, Defendant denies the allegations therein.

94. Answering paragraph 94 of the Complaint, Defendant denies the allegations therein.

95. Answering paragraph 95 of the Complaint, Defendant denies the allegations therein.

# FIFTH CAUSE OF ACTION

## (California Business and Professions Code § 17500 against GCC and DOES 1 through 10)

96. Answering paragraph 96 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

97. Answering paragraph 97 of the Complaint, Defendant denies the

allegations therein.

98. Answering paragraph 98 of the Complaint, Defendant denies the allegations therein.

99. Answering paragraph 99 of the Complaint, Defendant denies the allegations therein.

100. Answering paragraph 100 of the Complaint, Defendant denies the allegations therein.

101. Answering paragraph 101 of the Complaint, Defendant denies the allegations therein.

102. Answering paragraph 102 of the Complaint, Defendant denies the allegations therein.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any of the relief requested in the Prayer in the Complaint.

## FIRST AFFIRMATIVE DEFENSE

### (Statute of Limitations)

On information and belief, the Complaint and each cause of action contained therein is barred by the applicable statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

On information and belief, at all times material herein, Plaintiff failed and neglected to mitigate its damages, so as to reduce and/or diminish its claims.

## THIRD AFFIRMATIVE DEFENSE

### (Laches)

Defendant is informed and believes and on such basis alleges that Plaintiff has committed laches and that each and every cause of action within the

-13-
ANSWER TO COMPLAINT                                Case No. 16-cv-01331-AG-DFM

Complaint should fail because Plaintiff has inexcusably and unreasonably delayed the commencement of its action against Defendant and is estopped from asserting its action as a result thereof.

## FOURTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

On information and belief, Plaintiff's claims against Defendant are expressly barred as a result of Plaintiff's unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

### (Waiver)

Defendant is informed and believes and on such basis alleges that Plaintiff has waived any claims that it may have had against Defendant.

WHEREFORE, Defendant prays for judgment as follows:

1. Plaintiff take nothing by reason of the Complaint;
2. Defendant be dismissed with prejudice;
3. For costs of suit incurred herein;
4. For reasonable attorney's fees incurred herein; and
5. For such other relief as the Court deems just and proper.

Dated: January 23, 2017

**BARRON & NEWBURGER, P.C.**

By: _____/s/Timothy Johnson_____
TIMOTHY P. JOHNSON
Attorneys for Defendant Ellypsis, Inc.

*Experian v. Ellypsis et al.*
**USDC, Case No. 16-cv-01331-AG-DFM**

### CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, CA 92705.

On January 23, 2017, I served a true copy of **ANSWER TO COMPLAINT** on all interested parties in this action by:

[ ]  By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ]  By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ]  By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[X]  By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Richard J. Grabowski, Esq.
JONES DAY
3161 Michelson Dr., Suite 800
Irvine, CA 92612

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on January 23, 2017 at Santa Ana, California.

　　　/s/Timothy Johnson
　　　TIMOTHY P. JOHNSON